

# Fourth Court of Appeals
## San Antonio, Texas

November 9, 2018

No. 04-18-00266-CV

**TCOE, INC.,**
Appellant

v.

**SA QUAD VENTURES, LLC,**
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2018CV00153
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

The Appellant's Motion to Extend Time to File Appellant's Reply Brief is hereby GRANTED. Time is extended to November 16, 2018.

It is so **ORDERED** on November 9, 2018.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court